LESSNER ELECTRICAL CO., PLAINTIFF-PETITIONER, v. HOUSING AUTHORITY OF THE CITY OF ELIZABETH, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Weltchek & Weltchek* and *Mr. Ernest Prupis* for the petitioner.

*Mr. Seymour S. Lichtenstein* for the respondent.

May 25, 1964. Denied.

VIRGIL T. THOMAS, APPELLANT-PETITIONER, v. BOARD OF REVIEW, *ET AL.*, RESPONDENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 91.

*Messrs. Brown, Connery, Kulp & Wille* for the petitioner.

*Mr. Edward A. Kaplan* for the respondents.

May 25, 1964. Granted.